DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

VITO CITO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2591
_____

August 30, 2024

Appeal from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

Howard L. Dimmig, II, Public Defender, and Susan M. Shanahan, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

     Affirmed.

KHOUZAM, LUCAS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.